UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>    Plaintiff<br><br>    v.<br><br>SPARKS POLICE DEPARTMENT, *et al.*,<br><br>    Defendants | Case No. 3:22-cv-00311-MMD-CSD<br><br>ORDER |

On October 17, 2022, the Court issued a screening order and granted Plaintiff until November 16, 2022, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 16 at 10-11). That deadline expired, and Plaintiff has not filed an amended complaint. Instead, Plaintiff submitted a notice of change of address, informing the Court that he was arrested on October 21, 2022, and subsequently detained at the Washoe County Detention Facility ("WCDF"). (ECF No. 18). Plaintiff continues to reside at WCDF. (*Id.*)

Because Plaintiff was arrested and detained four days after the Court screened his complaint, he may not have received a copy of the screening order. Thus, the Court will direct the Clerk of the Court to send to Plaintiff at his current address courtesy copies of the screening order and his complaint. Moreover, to ensure that Plaintiff has an adequate opportunity to prepare an amended complaint, the Court *sua sponte* extends the deadline for Plaintiff to file his amended complaint. Plaintiff will file the amended complaint on or before Wednesday, December 28, 2022. If Plaintiff chooses not to file an amended complaint, this action will be subject to dismissal without prejudice.

For the foregoing reasons, it is ordered that Plaintiff will file his amended complaint on or before Wednesday, December 28, 2022.

It is further ordered that the Clerk of the Court will send to Plaintiff at his current address a courtesy copy of the Court's screening order (ECF No. 16), along with the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his

complaint (ECF No. 17).

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action may be dismissed without prejudice.

DATED: November 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE