UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS, | Case No. 3:22-cv-00311-MMD-CSD |
| Plaintiff | ORDER |
| v. | |
| CITY OF SPARKS POLICE OFFICER, *et al.*, | |
| Defendants | |

On January 10, 2023, the Court issued a screening order and granted Plaintiff until February 10, 2023, to file a third amended complaint or the case would be dismissed without prejudice. (ECF No. 27 at 9-10). One week after the screening order was entered, Plaintiff filed a notice of change of address indicating that he is no longer incarcerated at the Washoe County Detention Facility. (ECF No. 28). Plaintiff's copy of the screening order was subsequently returned to the Court as undeliverable. (ECF No. 29).

Because it appears that Plaintiff did not receive a copy of the screening order, the Court will direct the Clerk of the Court to send Plaintiff a courtesy copy of the order at his current address. Moreover, to ensure that Plaintiff has an adequate opportunity to prepare a third amended complaint, the Court *sua sponte* extends the deadline for Plaintiff to file that pleading. Plaintiff will file the third amended complaint on or before Wednesday, February 22, 2023. If Plaintiff chooses not to file a third amended complaint, this action will be subject to dismissal without prejudice.

For the foregoing reasons, it is ordered that Plaintiff will file his third amended complaint on or before Wednesday, February 22, 2023.

It is further ordered that the Clerk of the Court will send to Plaintiff at his current address a courtesy copy of the Court's screening order (ECF No. 27), along with the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his second amended complaint (ECF No. 25).

It is further ordered that, if Plaintiff fails to timely file his third amended complaint,

1 this action may be dismissed without prejudice.

2        DATED THIS 23rd day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE