UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>　　　　　　　　　　　Plaintiff<br><br>　v.<br><br>SPARKS POLICE DEPARTMENT, et al.,<br><br>　　　　　　　　　　　Defendants | Case No. 3:22-cv-00311-MMD-CSD<br><br>ORDER |

**I.　DISCUSSION**

　　Plaintiff has moved to Lithonia, Georgia, and asks the Court to send all of his proceedings to his new address. (ECF Nos. 31, 33).  To the extent that Plaintiff seeks to have the Court update his address and send all further filings in his case to Lithonia, Georgia, his motion is granted.  To the extent that he may be asking the Court to resend all of the documents filed in this case to his new address, the Court denies that motion.

　　The Court will send courtesy copies of the docket sheet and the January 23, 2023, order (ECF No. 30) and attachments to Plaintiff. However, should Plaintiff seek copies of anymore documents, he should note that there is a per page charge for copy work. Copies produced from an electronic format (CM/ECF) are $.10 per page; copies produced from a physical format are $.50 per page.

**II.　CONCLUSION**

　　It is ordered that the motions to resend all proceedings to current address (ECF Nos. 31, 33) are granted in part and denied in part.  The Clerk of the Court will send Plaintiff courtesy copies of the docket sheet and the January 23, 2023, order (ECF No. 30) with attachments to Plaintiff's current address.

　　DATED:  February 13, 2023.



_____
UNITED STATES MAGISTRATE JUDGE